ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
MICAH SCHMIT
Assistant United States Attorney
Az Bar No. 014887
Evo A. Deconcini United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
gerard.schmit@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Harlow Watahomigie,<br><br>Defendant. | CR12-1206 TUC (CKJ/JR)<br><br>**INDICTMENT**<br><br>Violation:<br><br>18 USC §111(a)(1) & (b)<br>(Assault on Federal Officer with Bodily Injury)<br>All Counts |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about March 30, 2012, in Federal Correctional Institution (FCI) Safford, in the District of Arizona, the defendant, Harlow Watahomigie, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with United States Corrections Officer C.C., while he was engaged in the performance of his official duties, to wit: the defendant struck the officer in the chest with his elbow, resulting in bodily injury to the officer's chest, all in violation of Title 18, United States Code, Section 111(a)(1) & (b).

<u>COUNT 2</u>

On or about March 30, 2012, in Federal Correctional Institution (FCI) Safford, in the District of Arizona, the defendant, Harlow Watahomigie, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with United States Corrections

Officer C.C., while he was engaged in the performance of his official duties, to wit: the defendant fought with the officer while resisting efforts to detain him, resulting in bodily injury to the officer's knee and hand, all in violation of Title 18, United States Code, Section 111(a)(1) & (b).

## COUNT 3

On or about March 30, 2012, in Federal Correctional Institution (FCI) Safford, in the District of Arizona, the defendant, Harlow Watahomigie, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with United States Corrections Officer S.P., while he was engaged in the performance of his official duties, to wit: the defendant fought with the officer while resisting efforts to detain him, resulting in bodily injury to the officer's elbow, all in violation of Title 18, United States Code, Section 111(a)(1) & (b).

A TRUE BILL

/s/
_____
Presiding Juror

MAY 2 3 2012

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

/s/
Assistant U.S. Attorney

United States v. Watahomigie
Indictment Page 2